**Rusley ROBINSON, Jr., Plaintiff– Appellant,**

v.

**Michael ARTHUR, Defendant–Appellee.**

No. 00–16333.

D.C. No. CV–99–02450–FCD/DAD.

United States Court of Appeals, Ninth Circuit.

Submitted June 10, 2002.*

Decided June 19, 2002.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed.

Before RYMER, T.G. NELSON, and THOMAS, Circuit Judges.

### MEMORANDUM**

Rusley Robinson, Jr., a California state prisoner, appeals pro se the district court's judgment dismissing his action alleging violation of his right to represent himself and his right to a speedy trial. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo, *Barren v. Harrington,* 152 F.3d 1193, 1194 (9th Cir.1998) (order), and affirm.

Insofar as Robinson sought relief pursuant to 42 U.S.C. § 1983, we conclude the district court properly dismissed his action. *See Heck v. Humphrey,* 512 U.S. 477, 486–87, 114 S.Ct. 2364, 129 L.Ed.2d 383 (1994). Insofar as Robinson sought habeas-styled relief, and failed to challenge on appeal the district court's determination that this was a second or successive petition, we affirm the district court's dismissal. *See* 28 U.S.C. 2244(b).

All pending motions are denied.

**AFFIRMED.**

R.App. P. 34(a)(2). Accordingly, we deny Robinson's request for oral argument.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.